JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CHIA-LING HUANG, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LOWE'S HOME CENTERS, LLC., a North Carolina limited liability company; FRY'S ELECTRONICS, INC., a California corporation and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. CV 18-10545-GW-JEMx<br>Assigned to:<br>Hon. Judge George H. Wu<br>Hon. Magistrate Judge John E. McDermott<br>Courtroom: 10C<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |
| LOWE'S HOME CENTERS, LLC., a North Carolina limited liability company; FRY'S ELECTRONICS, INC., a California corporation<br><br>　　　　Counter-Complainants,<br><br>　　vs.<br><br>CHIA-LING HUANG, an individual,<br><br>　　　　Counter-Defendant. | |

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone (949) 299-0188
Facsimile (949) 299-0127

1  For the reasons set forth in the Stipulation for Dismissal, the case is hereby
2  dismissed *without prejudice*.  Pursuant to the terms of the settlement agreement
3  entered into by the Parties, on January 1, 2022, this dismissal will automatically
4  convert to *with prejudice* unless a party otherwise notifies the Court.

5  Each party shall bear its own costs and attorney's fees

7  DATED this 9th day of September, 2021

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone (949) 299-0188
Facsimile (949) 299-0127

2
**STIPULATION FOR DISMISSAL**

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone (949) 299-0188
Facsimile (949) 299-0127